PROB 12C
(6/16)

Report Date: March 24, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Victor Gonzalez-Gallegos | Case Number: 0980 2:20CR00007-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 19, 2020

| | |
|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 |
| Original Sentence: | Prison - 64 days<br>TSR - 1 year |

| | | | |
|---|---|---|---|
| | | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: March 20, 2020 |
| Defense Attorney: | Francisco Carriedo | Date Supervision Expires: March 19, 2021 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1:** You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |
| | **Supporting Evidence:** It is alleged that Mr. Gonzalez-Gallegos failed to report to the probation office within 72 hours of his release from imprisonment as of March 24, 2020. |
| | Mr. Gonzalez-Gallegos was sentenced by the Court on March 19, 2020, to credit for time served and 1 year of supervised release.  According to U.S. Immigration and Custom Enforcement (ICE),  Mr. Gonzalez-Gallegos was erroneously released to the streets on March 20, 2020.  U.S. Probation has no record of Mr. Gonzalez-Gallegos contacting probation and his current whereabouts is unknown. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegation contained in this petition.

Prob12C
**Re: Gonzalez-Gallegos, Victor**
**March 24, 2020**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 24, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
Chief United States District Judge

March 24, 2020

Date